AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Herndon, David R. | U.S. District Court Southern District of Illinois | 05/11/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States Courthouse
750 Missouri Avenue
East St. Louis, IL

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1, Assets No 21-99 |
| 2. | Trustee | Trust #2, Assets No 100-149 |
| 3. | Trustee | Trust #3, Assets No 150-197 |
| 4. | Trustee | Trust #4, Assets No 198-234 |
| 5. | Trustee | Trust #5 Assets No 235-271 Trust #6 Assets No 272-297 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | April 14-15, 2011 | San Francisco, CA | Speaker at Education Seminar | hotel (direct billed) and half of airfare reimbursed $287 |
| 2. | American Conference Institute | May 17-18, 2011 | Philadelphia, PA | Speaker at Education Seminar | hotel (direct billed) and airfare reimbursement $179 |
| 3. | American Conference Institute | Dec 6-7, 2011 | New York, NY | Speaker at Education Seminar | hotel (direct billed) and half of airfare $471 |
| 4. | Dispute Resolution Institute | Dec 8-9, 2011 | Philadelphia, PA | Speaker at Education Seminar | hotel (direct billed) and half of airfare $628 |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | First Clover Leaf Bank checking acct | B | Interest | L | T | | | | | |
| 2. | Bank of Edwardsville Checking account | A | Interest | J | T | Open | 01/03/11 | | | |
| 3. | IRA Account Pershing IRA Account | D | Dividend | M | T | | | | | assets listed below |
| 4. | - (IRA) Jarden Corp Sr Sub Nt 7.5% 5/1/17 | | | | | | | | | |
| 5. | - (IRA) First Horizon Natl Corp | | | | | | | | | |
| 6. | - (IRA) First Horizon Natl Corp | | | | | Spinoff (from line 5) | 01/03/11 | J | | dividd pd in fractional sh |
| 7. | - (IRA) Fractional Kinder Morgan Mgmt | | | | | Spinoff (from line 10) | 02/14/11 | J | | dividd pd in fractional sh |
| 8. | - (IRA) Fractional Kinder Morgan Mgmt | | | | | Spinoff (from line 10) | 05/13/11 | J | | no $value until fraction=1 |
| 9. | - (IRA) Fractional Kinder Morgan Mgmt | | | | | Spinoff (from line 10) | 08/12/11 | J | | dividd pd in fractional sh |
| 10. | - (IRA) Kinder Morgan Mgmt | | | | | | | | | |
| 11. | - (IRA) Ebay Inc Com | | | | | Buy | 02/23/11 | K | | |
| 12. | - (IRA) Ebay Inc Com | | | | | Buy (add'l) | 03/04/11 | K | | |
| 13. | - (IRA) MicroSoft Corp | | | | | Sold (part) | 02/23/11 | K | | |
| 14. | - (IRA) MicroSoft Corp | | | | | Sold | 06/16/11 | J | | |
| 15. | - (IRA) ProShares UltraShort Lehman 20+ TBT | | | | | Sold | 09/23/11 | J | | |
| 16. | - (IRA) Omnicom Group Inc | | | | | | | | | |
| 17. | - (IRA) TransOcean LTD | | | | | Sold | 11/03/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - (IRA) Annaly Cap Mgmt Inc REIT | | | | | Buy (add'l) | 03/01/11 | J | | |
| 19. - (IRA) Pershing Prime Money Market | | | | | Closed | 06/23/11 | J | | exchanged Pershing MM for |
| 20. - (IRA) Dreyfus Treasury Prime MM | | | | | Open | 06/23/11 | J | | Dreyfus Treasury Prime MM |
| 21. TRUST #1 Pershing Brokerage Account | G | Int./Div. | P1 | T | | | | | trust assets listed below |
| 22. - General MNY MKT Account | | | | | Closed | 06/23/11 | J | | exchanged eneral MNY MKT |
| 23. - Dreyfus Treasury Prime Inv MM | | | | | Open | 06/23/11 | J | | for Dreyfus Treasury MM |
| 24. - Fed Home Loan Bks Step up PY 2021 9/23/11 | | | | | Buy | 08/31/11 | L | | |
| 25. - Fed Natl Mtg Assn Med Term Notes 1% | | | | | Buy | 06/02/11 | L | | see below for redemption |
| 26. - Fed Natl Mtg Assn Med Term Notes 1% | | | | | Redeemed | 08/23/11 | L | A | in same period |
| 27. - Lower Colo River Auth Trans 5/15/2011 5.25% | | | | | Redeemed | 05/16/11 | M | | |
| 28. - Puerto Rico Mun Fin Agy G/O 8/1/2011 | | | | | Redeemed | 08/01/11 | M | | |
| 29. - Austin Tex G/O Pub Impt 8/15/01 5% | | | | | Redeemed | 12/05/11 | M | | |
| 30. - Jackson Cnty Mo Spl Oblig Truman Sports | | | | | | | | | |
| 31. - Deschutes Cnty Ore Sch Dist 5.25% | | | | | | | | | |
| 32. - State Pub Sch Bldg Auth PA Sch Rev 5.25% | | | | | Buy | 08/16/11 | M | | |
| 33. - West Chester PA Area Sch Dist Ser A 5% 3/1/06 | | | | | Buy | 04/06/11 | L | | |
| 34. - Cook Cnty ILL G/O Rfdg-Ser 5.25% | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Houston Tex Util Sys Rev Rfdg Comb First | | | | | Buy | 01/06/11 | M | | |
| 36. - Connecticut St Ser C 5% 11/1/21 B/E | | | | | | | | | |
| 37. - Hampton VA Pub Impt-Ser A Fgic-Mbia 5% | | | | | | | | | |
| 38. - Indiana Univ Revs Student Fee Ser S 5% 2/21/08 | | | | | Buy | 08/29/11 | M | | |
| 39. - Metropolitan Govt Nashville Davidson 5% 4/24/07 | | | | | | | | | |
| 40. - Metropolitan Govt Nashville Davidson 5% 3/12/08 | | | | | Buy | 08/31/11 | L | | |
| 41. - Chicago ILL Sales Tax Rev Sale 5% | | | | | | | | | |
| 42. - Virginia St Res Auth Clean Wtr 6/13/04 5% | | | | | | | | | |
| 43. - Humble Tex Indpt Sch Dist Sch Bldg 5% 2/1/06 | | | | | Buy | 12/07/11 | M | | |
| 44. - Victoria Tex Indpt Sch Dist Sch Bldg 5% 6/15/07 | | | | | Buy | 01/24/11 | M | | |
| 45. - Missouri St Brd Pub Bldgs Spl Oblg 4.5% | | | | | | | | | |
| 46. -North Carolina St Pub Impt Ser A 5% 4/14/10 | | | | | Buy | 01/25/11 | L | | |
| 47. - Dallas Tex Wtrwks Swr Sys rev Rfdg Impt 5% 4/1/06 | | | | | Buy | 01/10/11 | M | | |
| 48. - Union Planters Corp Sub NT 7.75% | | | | | Matured | 03/01/11 | K | | |
| 49. - Marriott Intl Inc 6/14/06 6.2% | | | | | Sold | 02/15/11 | K | C | |
| 50. - Morgan Stanley Sr NTS 5.75% | | | | | Sold | 03/14/11 | K | C | |
| 51. - Sally Hldgs LLC/Sally cap inc sr sub 10.5% | | | | | Buy | 08/22/11 | M | | see below for redemption |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Herndon, David R. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Sally Hldgs LLC/Sally cap inc sr sub 10.5% | | | | | Redeemed | 12/05/11 | M | | in same period |
| 53. - Jarden Corp SR Sub Nt 7.5% | | | | | | | | | |
| 54. - Southwestern Energy Co Med Term Notes 7.125% | | | | | | | | | |
| 55. - Accenture PLC Ireland Shs Cl A ACN | | | | | Sold (part) | 01/11/11 | J | C | |
| 56. - Accenture PLC Ireland Shs Cl A ACN | | | | | Sold (part) | 09/30/11 | J | C | |
| 57. - American Tower Corp | | | | | | | | | |
| 58. - Apple Inc | | | | | | | | | |
| 59. - Automatic Data Processing Inc Com | | | | | Sold | 08/03/11 | K | B | |
| 60. - Bank of America Corp | | | | | | | | | |
| 61. - BoozAllen Hamilton Hldg Corp Cl A | | | | | Buy (add'l) | 06/07/11 | K | | |
| 62. - Chesapeake Energy Corp | | | | | Sold (part) | 02/11/11 | J | | |
| 63. - Chesapeake Energy Corp | | | | | Sold (part) | 03/01/11 | K | C | |
| 64. - Church & Dwight Co Inc | | | | | Sold (part) | 10/18/11 | K | D | stock split 06/07/11 |
| 65. - Colgate Palmolive Co | | | | | | | | | |
| 66. - Walt Disney Co Holding Co | | | | | Sold (part) | 01/11/11 | J | C | |
| 67. - Walt Disney Co Holding Co | | | | | Sold | 08/08/11 | K | D | |
| 68. - EMC Corp (Mass) Com | | | | | Buy | 04/18/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - EMC Corp (Mass) Com | | | | | Buy (add'l) | 06/16/11 | J | | |
| 70. - EMC Corp (Mass) Com | | | | | Buy (add'l) | 09/30/11 | J | | |
| 71. - Energy Transfer Partners L.P. | | | | | | | | | |
| 72. - Enterprise Products Partners L.P. | | | | | | | | | |
| 73. - Honeywell Intl Inc | | | | | Sold (part) | 01/11/11 | J | B | |
| 74. - IShares Trust MSCI Emerging Markets Index EEM | | | | | | | | | |
| 75. - JPMorgan Chase & Co | | | | | Sold | 08/08/11 | K | | |
| 76. - Jarden Corp Com | | | | | Buy | 06/23/11 | J | | |
| 77. - Jarden Corp Com | | | | | Buy (add'l) | 07/28/11 | J | | |
| 78. - Kinder Morgan Energy Partners | | | | | | | | | |
| 79. - Lowes Companies Inc | | | | | | | | | |
| 80. - Markwest Energy Partners L.P. | | | | | | | | | |
| 81. - McGraw Hill Companies | | | | | Sold | 06/17/11 | J | | |
| 82. - Microsoft Corp | | | | | Sold (part) | 02/11/11 | K | | |
| 83. - Microsoft Corp | | | | | Sold | 06/16/11 | J | | |
| 84. - Newell Rubbermaid Inc Com | | | | | Buy (add'l) | 09/30/11 | J | | |
| 85. - Plains All American Pipeline L.P. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Proshares UltraShort Lehman 20+ yr TBT | | | | | Sold | 09/23/11 | J | | |
| 87. - Schlumberger LTD | | | | | | | | | |
| 88. - Target Corp | | | | | Sold | 03/07/11 | K | C | |
| 89. - TransOcean LTD | | | | | Sold | 02/11/11 | K | | |
| 90. - Thermo Fisher Scientific Inc | | | | | Sold | 08/05/11 | K | D | |
| 91. - Vale S A Spons ADR | | | | | Sold | 08/05/11 | K | | |
| 92. - Verizon Communications Com | | | | | Buy | 08/18/11 | K | | |
| 93. - Waters Corp Com | | | | | Buy | 01/24/11 | J | | |
| 94. - Waters Corp Com | | | | | Buy (add'l) | 01/25/11 | K | | |
| 95. - Williams Partners L.P. | | | | | | | | | |
| 96. - Annaly Cap Mgmt Inc Com | | | | | Buy | 11/02/11 | K | | |
| 97. - GreenHaven Continuous Commodity Index Fd | | | | | Buy | 02/10/11 | K | | |
| 98. - SPDR GOLD Tr Gold Shs | | | | | Buy | 03/01/11 | K | | |
| 99. - SPDR GOLD Tr Gold Shs | | | | | Buy (add'l) | 08/03/11 | K | | |
| 100. TRUST #2 Pershing Brokerage Account | C | Int./Div. | M | T | | | | | trust assets listed below |
| 101. -General MNY MKT Account | | | | | Closed | 06/23/11 | J | | exchanged Pershing MM for |
| 102. -Drefus Treasury Prime MM | | | | | Open | 06/23/11 | J | | Dreyfus Treasury Prime MM |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Accenture PLC Ireland Sh Cl A | | | | | Sold (part) | 09/30/11 | J | B | |
| 104.  -American Tower Corp | | | | | | | | | |
| 105.  -Apple Inc | | | | | | | | | |
| 106.  -Automatic Data Processing Inc Com | | | | | Sold | 08/03/11 | J | A | |
| 107.  -Bank of America Corp | | | | | | | | | |
| 108.  -Booz Allen Hamilton Hldg Corp Cl A | | | | | Buy (add'l) | 06/07/11 | J | | |
| 109.  -Chesapeake Energy Corp | | | | | Sold (part) | 03/01/11 | K | | |
| 110.  -Church & Dwight Co Inc | | | | | Sold (part) | 10/18/11 | J | A | stock split 6/7/11 |
| 111.  -Colgate Palmolive Co | | | | | | | | | |
| 112.  -Walt Disney Co Holding Co | | | | | Sold | 08/08/11 | J | B | |
| 113.  -EMC Corp (Mass) Com | | | | | Buy | 04/18/11 | J | | |
| 114.  -EMC Corp (Mass) Com | | | | | Buy (add'l) | 06/16/11 | J | | |
| 115.  -EMC Corp (Mass) Com | | | | | Buy (add'l) | 09/30/11 | J | | |
| 116.  -Ebay Inc Com | | | | | Buy | 02/23/11 | J | | |
| 117.  -Ebay Inc Com | | | | | Buy (add'l) | 03/04/11 | J | | |
| 118.  -Honeywell Intl Inc | | | | | | | | | |
| 119.  -ALPS ETF Tr Alerian Mlp Etf | | | | | Sold | 11/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -GreenHaven Continuous Index Fd | | | | | Buy | 01/03/11 | K | | |
| 121. -GreenHaven Continuous Index Fd | | | | | Buy (add'l) | 02/09/11 | J | | see below for sale in same |
| 122. -GreenHaven Continuous Index Fd | | | | | Sold | 11/16/11 | K | | period. |
| 123. -Ishares Tr Barclays TIPS Bd Fd TIP | | | | | Sold | 08/11/11 | J | B | |
| 124. -Ishares Trust MSCI Emerging Markets Fd EEM | | | | | Sold (part) | 11/16/11 | J | C | |
| 125. -Ishares Tr FTSE Xinhua China 25 Index Fd FXI | | | | | Sold | 02/09/11 | J | | |
| 126. -Ishares Tr S&P Midcap 400 Value Index Fund | | | | | Buy (add'l) | 01/03/11 | K | | |
| 127. -Ishares Tr S&P Midcap 400 Value Index Fund | | | | | Sold | 11/16/11 | K | | |
| 128. -SPDR Gold Tr Gold Shs | | | | | Buy | 08/03/11 | J | | |
| 129. -JPMorgan Chase & Co | | | | | Sold | 08/08/11 | J | | |
| 130. -Jarden Corp Com | | | | | Buy | 06/23/11 | J | | |
| 131. -Jarden Corp Com | | | | | Buy (add'l) | 07/28/11 | J | | |
| 132. -Kinder Morgan Energy Partners LTD partnershp | | | | | | | | | |
| 133. -Lowes Companies Inc | | | | | | | | | |
| 134. -McGraw Hill Companies | | | | | Sold | 06/17/11 | J | | |
| 135. -MicroSoft Corp | | | | | Sold (part) | 02/23/11 | J | | |
| 136. -MicroSoft Corp | | | | | Sold | 06/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Newell Rubbermaid Inc Com | | | | | Buy (add'l) | 09/30/11 | J | | |
| 138. -ProShares UltraShort Lehman20+ year TBT | | | | | Sold | 09/23/11 | J | | |
| 139. -Omnicom Group Inc | | | | | | | | | |
| 140. -Schlumberger LTD | | | | | | | | | |
| 141. -Target Corp | | | | | Sold | 03/07/11 | J | A | |
| 142. -TransOcean LTD | | | | | Sold | 11/03/11 | J | | |
| 143. -Thermo Fisher Scientific Inc | | | | | Sold | 08/05/11 | J | B | |
| 144. -Vale S A Spons ADR | | | | | Sold | 08/05/11 | J | | |
| 145. -Verizon Communications Com | | | | | Buy | 08/18/11 | J | | |
| 146. -Waters Corp Com | | | | | Buy | 01/24/11 | J | | |
| 147. -Waters Corp Com | | | | | Buy | 01/25/11 | J | | |
| 148. -WisdomTree Trust DOO | | | | | Sold | 01/03/11 | K | | |
| 149. -Annaly Cap Mgmt Inc Com REIT | | | | | Buy | 08/24/11 | J | | |
| 150. TRUST #3 Pershing Brokerage Account | D | Int./Div. | N | T | | | | | trust assets listed below |
| 151. -General MNY MKT Account | | | | | Closed | 06/23/11 | J | | exchanged General MNY MKT |
| 152. -Dreyfus Treasury Prime Money Market | | | | | Open | 06/23/11 | J | | for Dreyfus Treasury Prime |
| 153. -American Tower Corp Cl A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Accenture PLC Ireland Shs Cl A | | | | | Sold (part) | 09/30/11 | J | C | |
| 155.  -Apple Inc | | | | | | | | | |
| 156.  -Automatic Data Processing Inc Com | | | | | Sold | 08/03/11 | J | A | |
| 157.  -Bank of America Corp | | | | | | | | | |
| 158.  -Booz Allen Hamilton Hldg Corp Cl A | | | | | Buy (add'l) | 06/07/11 | J | | |
| 159.  -Chesapeake Energy Corp | | | | | | | | | |
| 160.  -Church & Dwight Co Inc | | | | | Sold (part) | 10/18/11 | J | B | stock split 06/07/11 |
| 161.  -Colgate Palmolive Co | | | | | | | | | |
| 162.  -Walt Disney Co Holding Co | | | | | Sold | 08/08/11 | J | B | |
| 163.  -EMC Corp (Mass) Com | | | | | Buy | 04/18/11 | J | | |
| 164.  -EMC Corp (Mass) Com | | | | | Buy (add'l) | 06/16/11 | J | | |
| 165.  -EMC Corp (Mass) Com | | | | | Buy (add'l) | 09/30/11 | J | | |
| 166.  -Ebay Inc Com | | | | | Buy | 02/23/11 | J | | |
| 167.  -Ebay Inc Com | | | | | Buy (add'l) | 03/04/11 | J | | |
| 168.  -Honeywell Intl Inc | | | | | | | | | |
| 169.  -ALPS ETF Tr Alerian Mlp Etf | | | | | Buy (add'l) | 01/05/11 | K | | |
| 170.  -GreenHaven Continuous Commodity Index Fd | | | | | Buy | 02/09/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Ishares Tr Barclays TIPS BD Fd | | | | | Sold | 08/11/11 | K | B | |
| 172. -IShares Trust MSCI Emerging Markets Index EEM | | | | | | | | | |
| 173. -IShares Tr FTSE Xinhua Hk China 25 Index Fd FXI | | | | | Sold | 02/09/11 | J | B | |
| 174. -IShares Tr S&P Midcap 400 Value Index Fd | | | | | Buy (add'l) | 01/05/11 | K | | |
| 175. -IShares Tr S&P Midcap 400 Value Index Fd | | | | | Sold (part) | 11/16/11 | K | | |
| 176. -JPMorgan Chase & Co | | | | | Sold | 08/08/11 | J | | |
| 177. -Jarden Corp Com | | | | | Buy | 06/23/11 | J | | |
| 178. -Jarden Corp Com | | | | | Buy (add'l) | 07/28/11 | J | | |
| 179. -Kinder Morgan Energy Partners LP | | | | | | | | | |
| 180. -Lowes Companies Inc | | | | | | | | | |
| 181. -McGraw Hill Companies | | | | | Sold | 06/17/11 | J | | |
| 182. -MicroSoft Corp | | | | | Sold (part) | 02/23/11 | J | | |
| 183. -MicroSoft Corp | | | | | Sold | 06/16/11 | J | | |
| 184. -Newell Rubbermaid Inc Com | | | | | Buy (add'l) | 09/30/11 | J | | |
| 185. -ProShares UltraShort Lehman 20+ year TBT | | | | | Sold | 09/23/11 | J | | |
| 186. -SPDR Gold Tr Gold Shs | | | | | Buy | 08/03/11 | J | | |
| 187. -Omnicom Group Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. -Schlumberger LTD | | | | | | | | | |
| 189. -Target Corp | | | | | Sold | 03/07/11 | J | A | |
| 190. -TransOcean LTD | | | | | Sold | 11/03/11 | J | | |
| 191. -Thermo Fisher Scientific Inc | | | | | Sold | 08/05/11 | J | B | |
| 192. -Vale S A Spons ADR | | | | | Sold | 08/05/11 | J | | |
| 193. -Verizon Communications Com | | | | | Buy | 08/18/11 | J | | |
| 194. -Waters Corp Com | | | | | Buy | 01/24/11 | J | | |
| 195. -Waters Corp Com | | | | | Buy (add'l) | 01/25/11 | J | | |
| 196. -WisdomTree Trust DOO | | | | | Sold | 01/05/11 | K | A | |
| 197. -Annaly Cap Mgmt Inc Com | | | | | Buy | 08/24/11 | J | | |
| 198. TRUST #4 Pershing Brokerage Account | C | Int./Div. | M | T | | | | | trust assets listed below |
| 199. -General MNY MKT Account | | | | | Closed | 06/23/11 | K | | exchanged General MNY MKT |
| 200. -Dreyfus Treasury Prime Inv Sh MM | | | | | Open | 06/23/11 | K | | for Dreyfus Treasury MM |
| 201. -ALPS Etf Tr Alerian MLP Etr | | | | | Sold (part) | 01/03/11 | J | | |
| 202. -Claymore BNY Bric Exchange Traded Fd | | | | | Sold | 01/03/11 | J | | |
| 203. -Claymore Exchange Traded Fd Guggenheim | | | | | Buy | 03/02/11 | J | | |
| 204. -GreenHaven Continuous Commodity Index Fd | | | | | Buy | 01/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -IShares Barclays TIPS Bd Fd | | | | | Sold | 03/02/11 | J | A | |
| 206. -IShares Trust Dow Jones US Telecom IYZ | | | | | Sold | 01/03/11 | J | A | |
| 207. -IShares Trust MSCI Emerging Markets Index fd EEM | | | | | Sold | 01/03/11 | J | C | |
| 208. -IShares Trust MSCI Emerging Markets Index fd EEM | | | | | Buy | 03/02/11 | K | | |
| 209. -Ishares Tr Russell Midcap Growth Index Fd | | | | | Buy | 01/03/11 | J | | see below for sale in same |
| 210. -Ishares Tr Russell Midcap Growth Index Fd | | | | | Sold | 03/02/11 | J | A | period |
| 211. -IShares Tr Russell 2000 Growth Index Fd IWO | | | | | Buy | 01/03/11 | K | | see below for sale in same |
| 212. -IShares Tr Russell 2000 Growth Index Fd IWO | | | | | Sold | 03/02/11 | K | A | period |
| 213. -IShares Tr S&P Midcap 400 Value Index | | | | | Buy (add'l) | 01/03/11 | K | | |
| 214. -IShares Tr S&P Midcap 400 Value Index | | | | | Buy (add'l) | 03/02/11 | J | | |
| 215. -IShares Tr S&P Midcap 400 Value Index | | | | | Buy (add'l) | 08/15/11 | J | | |
| 216. -IShares Tr FTSE Xinhua HK China 25 Index FXI | | | | | Sold | 01/04/11 | J | A | |
| 217. -Select Sector SPDR Amex Utilities Select XLU | | | | | Sold | 01/3/11 | J | A | |
| 218. -Sector SPDR Trust Industrial XLI | | | | | Sold | 01/03/11 | J | B | |
| 219. -Sector SPDR Trust Technology XLK | | | | | Sold | 01/03/11 | K | C | |
| 220. -Sector SPDR Financial XLF | | | | | Sold | 01/03/11 | K | | |
| 221. -Select Sector SPDR Trust Energy XLE | | | | | Sold | 01/03/11 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -Select Sector SPDR Consumer Discret XLY | | | | | Sold | 01/03/11 | K | C | |
| 223. -Select Sector SPDR Tr Health Care XLV | | | | | Sold | 01/03/11 | J | A | |
| 224. -Select SPRD Trust Consumer Staples XLP | | | | | Sold | 01/03/11 | J | B | |
| 225. -Select Sector SPDR Int Materials XLB | | | | | Sold | 01/03/11 | J | A | |
| 226. -Powershares QQQ Tr Unit Ser 1 | | | | | Buy | 08/15/11 | J | | |
| 227. -SPDR GOLD Tr Gold Shs | | | | | Buy | 01/03/11 | K | | |
| 228. -SPDR GOLD Tr Gold Shs | | | | | Sold (part) | 03/02/11 | J | A | |
| 229. -SPDR S&P Midcap 400 ETF Tr Unit Ser 1 | | | | | Buy | 03/02/11 | L | | |
| 230. -Vanguard Intl Equity Index Fd Inc FTSE | | | | | Buy | 01/03/11 | K | | see below for sale in same |
| 231. -Vanguard Intl Equity Index Fd Inc FTSE | | | | | Sold | 03/02/11 | K | A | period |
| 232. -Vanguard Intl Equity Index Fd Inc Emerg Mkts | | | | | Buy | 01/03/11 | K | | see below for sale in same |
| 233. -Vanguard Intl Equity Index Fd Inc Emerg Mkts | | | | | Sold | 03/02/11 | K | | period |
| 234. -WisdomTree Trust Top 100 Fd DOO | | | | | Sold | 01/03/11 | J | | |
| 235. TRUST #5 Pershing Brokerage Account | B | Int./Div. | M | T | | | | | trust assets listed below |
| 236. -General MNY MKT Account | | | | | Closed | 06/23/11 | J | | exchanged General MNY MKT |
| 237. -Dreyfus Treasury Prime Inv MM | | | | | Open | 06/23/11 | J | | for Dreyfus Treasury MM |
| 238. -ALPS Etf Tr Alerian MLP Etf | | | | | Buy (add'l) | 01/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Claymore BNY Bric Exchange Traded Fd | | | | | Sold | 01/03/11 | J | | |
| 240. -Claymore Exchange Traded Fd Guggenheim | | | | | Buy | 03/02/11 | J | | |
| 241. -GreenHaven Continuous Com Index Fd | | | | | Buy | 01/03/11 | J | | |
| 242. -IShares Tr Barclays TIPS Bd Fd | | | | | Sold | 03/02/11 | J | A | |
| 243. -Ishares Trust Dow Jones US Telecomm Sector IYZ | | | | | Sold | 01/03/11 | J | | |
| 244. -Ishares Trust MSCI Emerging Markets Index Fd EEM | | | | | Sold | 01/03/11 | J | B | |
| 245. -Ishares Trust MSCI Emerging Markets Index Fd EEM | | | | | Buy | 03/02/11 | J | | |
| 246. -IShares Tr Russell Midcap Growth Index | | | | | Buy | 01/03/11 | J | | see below for sale in same |
| 247. -IShares Tr Russell Midcap Growth Index | | | | | Sold | 03/02/11 | J | A | period. |
| 248. -IShares Tr Russell 2000 Growth Index Fd | | | | | Buy | 01/03/11 | J | | see below for sale in same |
| 249. -IShares Tr Russell 2000 Growth Index Fd | | | | | Sold | 03/02/11 | J | A | period. |
| 250. -IShares Tr S&P Midcap 400 Value | | | | | Buy (add'l) | 01/03/11 | K | | |
| 251. -IShares Tr S&P Midcap 400 Value | | | | | Buy (add'l) | 03/02/11 | J | | |
| 252. -IShares Tr S&P Midcap 400 Value | | | | | Buy (add'l) | 08/15/11 | J | | |
| 253. -Ishares Tr FTSE Xinhua HK China 25 Index FXI | | | | | Sold | 01/04/11 | J | A | |
| 254. -Select Sector SPDR Amex Utilities XLU | | | | | Sold | 01/03/11 | J | | |
| 255. -Sector SPDR Trust Shs ben int Industrial XLI | | | | | Sold | 01/03/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Sector SPDR Trust Shs ben int Technology XLK | | | | | Sold | 01/03/11 | J | B | |
| 257. -Sector SPDR Trust Financial XLF | | | | | Sold | 01/03/11 | J | | |
| 258. -Select Sector SPDR Trust Shs ben int Energy XLE | | | | | Sold | 01/03/11 | J | A | |
| 259. -Select Sector SPDR Fund Consumer Discretionary XLY | | | | | Sold | 01/03/11 | J | B | |
| 260. -Select Sector SPDR Fd Health Care XLV | | | | | Sold | 01/03/11 | J | | |
| 261. -Sector SPDR Trust Consumer Staples XLP | | | | | Sold | 01/03/11 | J | A | |
| 262. -Select Sector SPDR Fd Materials XLB | | | | | Sold | 01/03/11 | J | A | |
| 263. -Powershares QQQ Tr Unit Ser 1 | | | | | Buy | 08/15/11 | J | | |
| 264. -SPDR GOLD Tr Gold Shs | | | | | Buy | 01/03/11 | J | | |
| 265. -SPDR GOLD Tr Gold Shs | | | | | Sold (part) | 03/02/11 | J | A | |
| 266. -SPDR S&P Midcap 400 ETF Tr Unit Ser 1 | | | | | Buy | 03/02/11 | K | | |
| 267. -Vanguard Intl Equity Index Fd Inc FTSE VEU | | | | | Buy | 01/03/11 | J | | see below for sale in same |
| 268. -Vanguard Intl Equity Index Fd Inc FTSE VEU | | | | | Sold | 03/02/11 | J | A | period. |
| 269. -Vanguard Intl Equity Index Fd Emerging Mkts VWO | | | | | Buy | 01/03/11 | J | | see below for sale in same |
| 270. -Vanguard Intl Equity Index Fd Emerging Mkts VWO | | | | | Sold | 03/02/11 | J | | period. |
| 271. -WisdomTree Trust Intl Div 100 Fd DOO | | | | | Sold | 01/03/11 | J | | |
| 272. Trust #6 Pershing Brokerage Account | A | Int./Div. | L | T | | | | | trust assets listed below |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -General MNY MKT Account | | | | | Closed | 06/23/11 | J | | exchanged General MNY MKT |
| 274. -Dreyfus Treasury Prime Inv MM | | | | | Open | 06/23/11 | J | | for Dreyfus Treasury MM |
| 275. -ALPS Etr Tr Alerian MLP Etf | | | | | Buy (add'l) | 01/03/11 | J | | |
| 276. -Claymore BNY Bric Exchange Traded Fd | | | | | Sold | 01/3/11 | J | | |
| 277. -Claymore Exchange Traded Fd Guggenheim | | | | | Buy | 03/02/11 | J | | |
| 278. -GreenHaven Continuous Commodity Index Fd | | | | | Buy | 01/03/11 | J | | |
| 279. -Ishares Trust MSCI Emerging Markets Index EEM | | | | | Sold | 01/03/11 | J | A | |
| 280. -Ishares Trust MSCI Emerging Markets Index EEM | | | | | Buy | 03/02/11 | J | | |
| 281. -Ishares Tr FTSE Xinhua HK China 25 Index Fd FXI | | | | | Sold | 01/04/11 | J | A | |
| 282. -IShares Tr Russell Midcap Growth Index Fd | | | | | Buy | 01/03/11 | J | | see below for sale in same |
| 283. -IShares Tr Russell Midcap Growth Index Fd | | | | | Sold | 03/02/11 | J | A | period |
| 284. -IShares Tr Russell 2000 Growth Index Fd | | | | | Buy | 01/03/11 | J | | see below for sale in same |
| 285. -IShares Tr Russell 2000 Growth Index Fd | | | | | Sold | 03/02/11 | J | A | period. |
| 286. -IShares Tr S&P MidCap 400 Value | | | | | Buy (add'l) | 01/03/11 | J | | |
| 287. -IShares Tr S&P MidCap 400 Value | | | | | Buy (add'l) | 08/15/11 | J | | |
| 288. -PowerShares QQQ Tr Unit Ser 1 | | | | | Buy | 08/15/11 | J | | |
| 289. -SPDR GOLD Tr Gold Shs | | | | | Buy | 01/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -SPDR GOLD Tr Gold Shs | | | | | Sold (part) | 03/02/11 | J | | |
| 291. -SPDR S&P MidCap 400 ETF Tr Unit Ser 1 | | | | | Buy | 03/02/11 | J | | |
| 292. -Vanguard Intl Equity Index Fd Inc FTSE | | | | | Buy | 01/03/11 | J | | see below for sale in same |
| 293. -Vanguard Intl Equity Index Fd Inc FTSE | | | | | Sold | 03/02/11 | J | A | period. |
| 294. -Vanguard Intl Equity Index Fds Emerging Mkts | | | | | Buy | 01/03/11 | J | | see below for sale in same |
| 295. -Vanguard Intl Equity Index Fds Emerging Mkts | | | | | Sold | 03/02/11 | J | | period. |
| 296. -Standard & Poors Depository Receipts SPDRS SPY | | | | | Sold | 01/03/11 | K | | |
| 297. -WisdomTree Tr Intl Divid Ex Finls Fd | | | | | Sold | 01/03/11 | J | A | |
| 298. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

General Money Market Account changed to Dreyfus Treasury Prime Inv Money Market Account

IRA account summarized on line 19-20
Trust #1 on line 22-23
Trust #2 on line 101-102
Trust #3 on line 151-152
Trust #4 on line 199-200
Trust #5 on line 236-237
Trust #6 on line 273-274

Lines 20, 23, 102, 152, 200, 237, 274  Dreyfus Treasury Prime Inv Money Market Account was used as a vehicle to hold cash equivalent assets for purchase of other investments and to place sale proceeds pending other investments.  Consequently, money moved in and out of these accounts with great frequency and no attempt was made to distinguish each transaction unless specifically requested.

Line 6  fractional shares of First Horizon National Corp:  Instead of paying cash dividends, First Horizon issued fractional shares of stock.  The fractional shares have no monetary value and no market until they accumulate to equal a full share
Lines 7-9 fractional shares of Kinder Morgan Mgmt:  Instead of paying cash dividends, Kinder Morgan issued fractional shares of stock.  The fractional shares have no monetary value and no market until they accumulate to equal a full share.

All trust assets are accounted for herein.  According to your instructions, the aggregate income and values were reported on lines 21, 100, 150, 198, 235 and 272.  Identification of the trusts was omitted for security purposes, but will be provided if requested.  Naturally, the records of each individual trust are available for the committee's inspection upon request.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David R. Herndon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544